## OSCAR MARTINEZ DEJESUS *v.* COMMISSIONER OF CORRECTION

The petition by the petitioner Oscar Martinez DeJesus for certification for appeal from the Appellate Court, 45 Conn. App. 912 (AC 16085), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided July 14, 1997

## AFSCME, COUNCIL 4, AFL-CIO *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 912 (AC 16535), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*J. William Gagne, Jr.,* in support of the petition.

*Brien P. Horan,* in opposition.

Decided July 14, 1997

## STATE OF CONNECTICUT *v.* ANDREW BASSINGTON BAKER

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 914 (AC 15703), is denied.

*Ronald S. Johnson,* in support of the petition.

*Lisa Herskowitz*, assistant state's attorney, in opposition.

Decided July 14, 1997

LIBERTY BANK *v.* VINCENT P. PAGANO ET AL.

The defendant Gail Pagano's petition for certification for appeal from the Appellate Court, 45 Conn. App. 915 (AC 16028), is denied.

*James M. Nugent*, in support of the petition.

*William Howard*, in opposition.

Decided July 14, 1997

DORETTA F. SENDER *v.* JOSEPH J. SENDER

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 916 (AC 16232), is denied.

*Jeffrey D. Ginzberg*, in support of the petition.

*Steven P. Kulas*, in opposition.

Decided July 24, 1997

WRIGHT BROTHERS BUILDERS, INC. *v.* JOSEPH A. DOWLING ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 918 (AC 16135), is granted, limited to the following issues:

"1. Did the Appellate Court properly affirm the trial court's decision overruling the attorney trial referee's conclusion that the agreement between the plaintiff and